UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **THOMAS BURNS, SR.,** <br><br> Plaintiff, <br><br> vs. <br><br> **MARTEZ WILLIAMS ET AL.,** <br><br> Defendants. | 2:21-CV-11717-TGB-KGA <br><br><br> **ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |

This case was filed in this district on July 26, 2021. Since that date, Plaintiff has taken no further action. On September 8, 2021, the Court entered an order explaining that Plaintiff's Complaint did not appear to state a claim upon which relief could be granted. ECF No. 3. The Court ordered Plaintiff to show cause, in writing, why the Complaint should not be dismissed for failure state a claim in accordance with Federal Rule of Civil Procedure 8(a)(2). *Id*. Plaintiff has not responded to that order. As part of its inherent authority to manage its docket, the Court has the power to dismiss a complaint *sua sponte*

for failure to prosecute. *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-32 (1962).

Accordingly, it is **ORDERED** that the above-captioned case shall be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

DATED this 18th day of January, 2022.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE